## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTOPHER NELSON, | Civil File No. 10-CV-2267-JTM/GLR |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NATIONAL ENTERPRISE SYSTEM, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Christopher Nelson, and the defendant, National Enterprise System, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: October 14, 2010            By  /s/J. Mark Meinhardt
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: October 14, 2010            By  /s/Pamela J. Welch
Pamela J. Welch
Cary S. Smalley
Franke Schultz & Mullen PC
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
(816) 421-7915 (fax)
ATTORNEY FOR DEFENDANT